```
                  IN THE UNITED STATES BANKRUPTCY COURT
                    FOR THE WESTERN DISTRICT OF OKLAHOMA


IN RE:                                    CHAPTER 13

ANGELA M BALL                             CASE NO. 06-10315 NLJ

          Debtor(s).



COMPLETED
_____
                 NOTICE OF TURNOVER OF UNCLAIMED FUNDS
_____
```

THE CHAPTER 13 TRUSTEE REPORTS THAT DISBURSEMENT CHECKS HAVE BEEN ISSUED AND MAILED TO CREDITORS AT THEIR LAST KNOWN ADDRESSES. THE FOLLOWING CHECKS HAVE NOT BEEN PRESENTED WITHIN THE PRESCRIBED TIME LIMIT (90 DAYS). ACCOMPANYING THIS NOTICE IS A CHECK PAYABLE TO THE CLERK OF THE COURT IN A CORRESPONDING AMOUNT, IN ACCORDANCE WITH 11 U.S.C. SECTION 347(a) AND 3011.

| DATE | CHECK NO. | PAYEE | ADDRESS | AMOUNT |
|---|---|---|---|---|
| 09/01/2009 | 909708 | COX COMMUNICATIONS | PO BOX 268870 OKC, OK 73126 | $ 1.10 |

DATED: 01/19/2010

```
                              /s/ John Hardeman
                              _____
                              CHAPTER 13 TRUSTEE
                              P.O. BOX 1948
                              OKLAHOMA CITY, OK 73101
                              (405)236-4843

                                          #334/LB
```